IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CR-04-00077-JHP |
| AMANDA LYNETTE PIPPIN, | ) |
| Defendant. | ) |

## SATISFACTION OF JUDGMENT

**TO THE CLERK OF THE ABOVE ENTITLED COURT:**

Satisfaction of judgment obtained herein by Plaintiff, United States of America, against Defendant, Amanda Lynette Pippin, is hereby acknowledged and you are requested to enter a Satisfaction of Judgment of record herein. (Notice of Lien recorded with the Muskogee County Clerk on December 13, 2004, in Book 3336 at Page 51.)

Dated this 9th day of May, 2008.

SHELDON J. SPERLING
United States Attorney

*Cheryl R. Triplett*
CHERYL R. TRIPLETT
Assistant United States Attorney
1200 West Okmulgee Avenue
Muskogee, OK 74401-6848
(918) 684-5100